1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANGOSOM GEBRE,                                No. 2:12-cv-2002- CMK- P

12              Petitioner,

13        vs.                                      ORDER

14   CSP CMF,

15              Respondent.

16   _____/

17            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner challenges a

19   conviction issued by the Fresno County Superior Court.  Fresno County is part of the Fresno

20   Division of the United States District Court for the Eastern District of California.  See Local Rule

21   120(d).

22            Pursuant to Local Rule 120(f), a civil action which has not been commenced in

23   the proper division of a court may, on the court's own motion, be transferred to the proper

24   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

25   court.

26   / / /

1    Good cause appearing, IT IS HEREBY ORDERED that:

2         1. This action is transferred to the United States District Court for the Eastern

3    District of California sitting in Fresno; and

4         2. All future filings shall reference the new Fresno case number assigned and

5    shall be filed at:

6              United States District Court
               Eastern District of California
7              2500 Tulare Street
               Fresno, CA 93721
8

9

10   DATED:  October 2, 2012

11                                          _____
                                            CRAIG M. KELLISON
12                                          UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26